# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**PHILLIP CAIN &**                                                            **PLAINTIFFS**
**KATE CAIN**

v.                       **CASE NO. 3:15CV000124 BSM**

**ROBERT WEBB et al.**                                             **DEFENDANTS**

## ORDER

The parties filed a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *See* Doc. No. 12. Accordingly, this case is dismissed with prejudice, with each party bearing its own costs and fees.

IT IS SO ORDERED this 14th of June 2016.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE