IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**PHILLIP CAIN &**                                                                     **PLAINTIFFS**
**KATE CAIN**

**v.**                      **CASE NO. 3:15CV000124 BSM**

**ROBERT WEBB et al.**                                                 **DEFENDANTS**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed with prejudice, with each party bearing its own costs and fees.

DATED this 14th of June 2016.

_____
UNITED STATES DISTRICT JUDGE